UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTONIO TORRES )<br>)<br>Defendant. ) | CAUSE NO.   1:09-cr-52  WCL |

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILTY AND**
**NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which the defendant has orally waived objection, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the offense charged in of the indictment is hereby accepted, and the defendant is adjudged guilty of such offense. The defendant and his counsel shall appear before the undersigned for sentencing on the **22nd** day of **June**, 2009, at **10:00** a.m. The U. S. probation officer is hereby directed to prepare a **Modified** Presentence Investigation Report. Any objections to the Modified Presentence Report shall be submitted as promptly as possible after receipt.

IT IS SO ORDERED this  11th  day of June , 2009.

 /s/William C. Lee
William C. Lee,  Judge
United States District Court